## HEAP v. BORCHERS.

(Circuit Court, E. D. Pennsylvania. February 18, 1901.)

EQUITY PLEADING—STRIKING OUT PLEA FOR INSUFFICIENCY.

    A motion to strike a plea from the files for alleged insufficiency denied.

In Equity. On motion to strike plea from the files.

Edwin H. Brown, for complainant.

Fraley & Paul, for respondent.

DALLAS, Circuit Judge. I am not prepared to say that the sufficiency of a plea to a bill in equity may not in any case be determined upon a motion such as is now presented; but I have not been persuaded that it should be done in the present instance, and therefore the complainant's motion to strike plea from the files is denied, without prejudice.